UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 05-33376 GMB

Debtor: Daniel V. Connelly

| Check Number | Creditor | Amount |
|---|---|---|
| 1693918 | Citifinancial | 2632.83 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:    June 8, 2010